1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  LUMPKIN WILLIAMS,                            CASE NO. 1:06-cv-01569-AWI-YNP PC

10               Plaintiff,                     ORDER VACATING FINDINGS AND
                                                RECOMMENDATIONS (Doc. 16)
11        v.

12  GARZA, et al.,

13               Defendants.

                                          /
14

15       Plaintiff Lumpkin Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 20, 2009, the Court

17  dismissed the operative complaint in this action and gave Plaintiff 30 days to file an amended

18  complaint. (Doc. #14.)  On July 9, 2009, Plaintiff had not yet filed an amended complaint and the

19  Court issued a findings and recommendation recommending that this action be dismissed for

20  Plaintiff's failure to obey the May 20, 2009 order. (Doc. #16.)  On July 10, 2009, Plaintiff filed a

21  motion for a extension of time to file his amended complaint. (Doc. #17.)  The Court granted

22  Plaintiff's motion for extention of time and Plaintiff filed his Second Amended Complaint on August

23  18, 2009. (Docs. #18, 19.)

24       Accordingly, it is HEREBY ORDERED that the July 9, 2009 findings and recommendation

25  is vacated.  This action proceeds on the August 18, 2009 Second Amended Complaint.

26       IT IS SO ORDERED.

27   **Dated:    September 21, 2009**              **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE
28

1