IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUMPKIN WILLIAMS,

      Plaintiff,                      1: 06 CV 01569  AWI YNP GSA (PC

   vs.                                   ORDER

C/O GARZA, et al.,

      Defendants.

      On September 22, 2009, an order was entered, finding that the August 18, 2009, second amended complaint stated a claim against Defendants Garza, Mendoza, Lantz, Huckabay, Cantu and Dutra. On October 22, 2009, Plaintiff was directed to submit service documents. The October 22nd order failed to refer to Defendant Mendoza.

      Plaintiff failed to submit any service forms, and on November 24, 2009, a recommendation of dismissal was entered. On December 7, 2009, Plaintiff filed objections to the findings and recommendations. In his objections, Plaintiff recounts the difficulties he encountered in completing the forms. On January 6, 2010, Plaintiff submitted USM 285 forms for service of process.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The November 24, 2009, recommendation of dismissal is vacated.

2. The Clerk's Office is directed to send to Plaintiff one USM 285 form and a copy of the August 18, 2009, second amended complaint.

3. Plaintiff shall, within thirty days of the date of service of this order, return to the court a completed USM 285 form for service of process upon Defendant Mendoza, along with a copy of the August 18, 2009, second amended complaint.

IT IS SO ORDERED.

Dated: **January 11, 2010**            /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE