IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUMPKIN WILLIAMS,

     Plaintiff,                  1: 06 CV 01569 AWI YNP GSA (PC)

     vs.                        ORDER RE MOTION (DOC 25)

C/O GARZA, et al.,

     Defendants.

On November 24, 2009, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to prosecute. Plaintiff has filed objections and has complied with the court's order to return service documents.

Accordingly, IT IS HEREBY ORDERED that the November 24, 2009, recommendation of dismissal is vacated.

IT IS SO ORDERED.

Dated: **February 1, 2010**          **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE