IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUMPKIN WILLIAMS,

    Plaintiff,           1: 06 CV 01569 AWI YNP GSA (PC)

  vs.                    ORDER VACATING FINDINGS
                            AND RECOMMENDATIONS

GARZA, et al.,

    Defendants.

On February 16, 2010, a recommendation of dismissal was entered, recommending dismissal of this action for Plaintiff's failure to prosecute. Plaintiff had failed to return to the court service documents. On February 23, 2010, Plaintiff filed the documents with the court.

Accordingly, IT IS HEREBY ORDERED that the February 16, 2010, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   March 23, 2010**                   **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE